UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>STRATFORD HOTEL LLC, et al.,<br><br>  Defendants. | Case No. 18-cv-02721-SI<br><br>**ORDER TO SHOW CAUSE** |

On May 9, 2018, plaintiff Scott Johnson filed this action under the Americans with Disabilities Act ("ADA") against defendants Stratford Hotel LLC and Dalwong Hotel Group, LLC. Dkt. No. 1.[1]

The Scheduling Order for this case set August 22, 2018, as the last date for the parties and counsel to hold a joint site inspection of the premises. Dkt. No. 5 at 1. Within 28 days of the joint site inspection, the parties were to meet and confer in person to discuss settlement. *Id.* at 2. The last date for plaintiff to file a "Notice of Need for Mediation" was 42 days after the joint site inspection, or October 3, 2018. *Id.*; *see also* General Order 56 ¶¶ 4, 7. There has been no activity on the Court's docket since July 25, 2018, and the parties have not contacted the Court to seek an extension of the deadlines or to provide a status update.

Accordingly, **the parties are ORDERED to show cause, in writing, <u>to be filed no later than November 21, 2018</u>, why they have not complied with the Scheduling Order and why**

///

---

[1] Although plaintiff returned an executed summons as to each defendant, defendant Dalwong Hotel Group, LLC, served June 18, 2018, has not made an appearance. *See* Dkt. No. 12.

**this action should not be dismissed for failure to prosecute.**

**IT IS SO ORDERED**.

Dated: November 9, 2018

_____
SUSAN ILLSTON
United States District Judge